Bridgette Vation
05-15-00469-CV

FILED
DALLAS COUNTY
4/13/2015 2:43:12 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-14-13815

| | | |
|---|---|---|
| CASEY SUTTERFIELD, | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| TERVITA, LLC, AMERICAN ZURICH | § | |
| INS. CO., DOLORES ROJAS, AND | § | |
| JOMARA TIBURCIO, | § | |
| | § | |
| DEFENDANTS. | § | 116TH JUDICIAL DISTRICT |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/14/2015 2:22:41 PM
LISA MATZ
Clerk

---

### DEFENDANT TERVITA, LLC'S
### NOTICE OF APPEAL

---

Pursuant to *Tex. Civ. Prac. & Rem. Code Ann.* § 27.008(b), Defendant Tervita, LLC ("Tervita") files this *Notice of Appeal* and respectfully would show the Court as follows:

### I.

This case is pending in the 116th Judicial District Court of Dallas County, Texas as Cause No. DC-14-13815, and is styled *Casey Sutterfield v. Tervita, LLC, American Zurich Ins. Co., Dolores Rojas, and Jomara Tiburcio.*

### II.

This appeal involves Chapter 27 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, known as the CITIZENS PARTICIPATION ACT (the "ACT"). On February 9, 2015, Tervita filed its *Motion to Dismiss* pursuant to this ACT. On March 23, 2015, the Court entered an *Order* denying Tervita's *Motion to Dismiss*. A true and correct copy of the *Order* is attached as Exhibit 1. This appeal is taken in accordance with *Tex. Civ. Prac. & Rem. Code Ann.* § 27.008.

## III.

Tervita desires to appeal.

## IV.

The appeal is taken to the Fifth District Court of Appeals in Dallas, Texas.

## V.

Tervita is the party filing this notice.

## VI.

Pursuant to *Tex. Civ. Prac. & Rem. Code Ann.* § 27.008(b), an appellate court should expedite the appeal in this matter.

WHEREFORE, PREMISES CONSIDERED, Tervita files this *Notice of Appeal*, thus perfecting an appeal of the trial court's *Order*.

Respectfully Submitted,

*/s/ Jason T. Weber*
**JOHN L. ROSS**[1]
Texas State Bar No. 17303020
**JASON T. WEBER**
Texas State Bar No. 24075251
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 North Pearl Street, Suite 2500
Dallas, Texas 75201
Telephone: (214) 871-8206 (Ross)
Telephone: (214) 871-8251 (Weber)
Facsimile: (214) 871-8209
E-mail: jross@thompsoncoe.com
E-mail: jweber@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
TERVITA, LLC**

---

[1] Board Certified in Labor & Employment Law and Civil Trial Law by the Texas Board of Legal Specialization.

## CERTIFICATE OF SERVICE

I certify one true and correct copy of the foregoing instrument was served on Plaintiff's lead counsel of record via e-mail and the Clerk of the Fifth Court of Appeals via hand delivery this 13th day of April, 2015.

Marc C. Mayfield
Frank D. Weedon
MAYFIELD WEEDON, LLP
208 North Green Street, Suite 200
Longview, Texas 75606

Laura Grabouski
Brittan L. Buchanan
BUCHANAN, DIMASI DANCY & GRABOUSKI LLP
9600 Great Hills Trail, Suite 300 West
Austin, Texas 78759

/s/ Jason T. Weber
**JOHN L. ROSS**
**JASON T. WEBER**

# Exhibit 1

440F · 000752

Cause No. DC - 14 - 13815

| | | |
|---|---|---|
| Casey Sutterfield | § | In the 116th Judicial District Court |
| | § | |
| v. | § | |
| | § | of |
| | § | |
| Tervita, LLC, | § | |
| American Zurich Ins. Co., | § | |
| Dolores Rojas, and Jomara Tiburcio | § | Dallas County, Texas |

**Order on Tervita L.L.C.'s Motion to Dismiss, for Costs/Fees and for Sanctions**

CAME ON to be heard Defendant Tervita L.L.C.'s Motion to Dismiss, for Costs/Fees and for Sanctions. The Court, having considered the pleadings, evidence, and argument of counsel, finds that Defendants' Motion should be in all things denied. It is, therefore,

ORDERED that Defendant Tervita L.L.C.'s Motion to Dismiss, for Costs/Fees and for Sanctions is in all things denied.

Signed this the 23rd day of March, 2015.

_____
JUDGE PRESIDING